Dwayne CLANTON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 105218

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 7, 2017

ATTORNEYS FOR APPELLANT: Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEYS FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

**ORDER**

PER CURIAM.

Dwayne Clanton appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. There is no clear error here. The "motion in support" filed on appeal, which was taken with the case, is denied. We affirm.